### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONELL THOMPSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-773-SLP |
| ) | |
| JAVIER MARTINEZ, et al., ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Amanda Maxfield Green [Doc. No. 10]. The Magistrate Judge recommends that the Court dismiss this action without prejudice for Plaintiff's failure to comply with the Court's prior Order [Doc. No. 9] and for failure to pay the requisite filing fee. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before December 2, 2024. [Doc. No. 10] at 4. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Accordingly, the Report and Recommendation [Doc. No. 10] is ADOPTED and this action is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 16th day of December, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE